## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 464 MAL 2016
:
          Respondent    :
:    Petition for Allowance of Appeal from
:    the Order of the Superior Court
      v.    :
:
:
:
ROBERT M. JENNINGS III,    :
:
          Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.